NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**MARTIN KUSTER,**
*Appellant*

**v.**

**WESTERN DIGITAL CORPORATION, WESTERN DIGITAL TECHNOLOGIES, INC., SANDISK LLC,**
*Cross-Appellants*

---

2022-1644, 2022-1645, 2022-1713

---

Appeals from the United States Patent and Trademark Office, Patent Trial and Appeal Board in Nos. IPR2020-01391, IPR2020-01410.

---

## JUDGMENT

---

DAVID A. REED, Kilpatrick Townsend & Stockton LLP, Atlanta, GA, argued for appellant. Also represented by RUSSELL KORN, ANDREW N. SAUL; FREDERICK LEE WHITMER, New York, NY.

L. KIERAN KIECKHEFER, Gibson Dunn & Crutcher LLP, San Francisco, CA, argued for cross-appellants. Also represented by BRIAN BUROKER, Washington, DC; BLAINE H. EVANSON, Irvine, CA.

―――――――――――――

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (MOORE, *Chief Judge*, HUGHES and CUNNINGHAM, *Circuit Judges*).

**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

January 11, 2024
Date

Jarrett B. Perlow
Clerk of Court